UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER SIMOSKI,

      Plaintiff,              Case No.  04-74981

v.                              District Judge Nancy G. Edmunds
                                Magistrate Judge R. Steven Whalen

EATON STEEL BAR COMPANY, INC.,

      Defendants.
_____/

ORDER

On August 01, 2005 counsel for Defendant submitted a written request for withdrawal of its Motion to Compel  (filed 6/27/05/05) [Doc # 20];

IT IS THEREFORE ORDERED that Defendant's Motion to Compel is WITHDRAWN.

                                s/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated:  August 2, 2005

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 2, 2005.

                                s/Gina Wilson
                                Judicial Assistant